**Order entered October 31, 2018**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

No. 05-18-00278-CV

**FRANK RONALD CLARK, ET AL., Appellants**

**V.**

**ALFRED LITCHENBURG, ET AL., Appellees**

**On Appeal from the 199th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 199-00983-2016**

## ORDER

Before the Court is appellees' October 29, 2018 unopposed motion for an extension of

time to file a brief.  We **GRANT** the motion and extend the time to **December 19, 2018**.


/s/    ADA BROWN
       JUSTICE